IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY HIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 20-617-CG-N |
| | ) |
| STATE FARM OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 9) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated March 10, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's compliant (Doc. 1) be **DISMISSED without prejudice** for lack of subject-matter jurisdiction. Further, it is **ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) and "Motion for 2019 Corolla to be Assigned to [Hight]" (Doc. 3) be **DENIED** as moot. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 26th day of April, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE