IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHIRLEY HIGHT,** | ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 20-617-CG-N ) |
| **STATE FARM OF ALABAMA,** | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's action is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 26th day of April, 2021.


/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE